FILED
AUG 18 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
AUGUST 18, 2026 SESSION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:26-cr-00097

18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
DAVID ELLIOTT PRITT 18 U.S.C. § 2422(b)
18 U.S.C. § 2427
18 U.S.C. § 1512(b)(3)

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE

From in or about June 2025 through in or about January 2026, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant DAVID ELLIOTT PRITT did employ, use, persuade, induce, entice, and coerce a minor, Minor Female 1, and attempt to employ, use, persuade, induce, entice, and coerce a minor, Minor Female 1, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and knew or had reason to know that such visual depictions would have been transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO**

From in or about March 2024, through in or about January 2026, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant DAVID ELLIOTT PRITT, using a facility and means of interstate commerce, that is, the Internet and cellular networks, did knowingly persuade, induce, entice, and coerce an individual, Minor Female 1, who had not attained the age of 18 years, to engage in sexual activity for which any person could have been charged with a criminal offense, and attempted to do so.

In violation of Title 18, United States Code, Sections 2422(b) and 2427.

**COUNT THREE**

On or about June 20, 2026, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant DAVID ELLIOTT PRITT did knowingly attempt to intimidate and corruptly persuade Minor Female 1 with the intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a Federal offense.

In violation of Title 18, United States Code, Section 1512(b)(3).

**FORFEITURE**

In accordance with 18 U.S.C. §§ 981(a)(1)(C), 2428 and 2253(a), 28 U.S.C. § 2461, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant DAVID ELLIOTT PRITT of a violation of 18 U.S.C. §§ 2251 et seq. or 18 U.S.C. §§ 2421 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to, digital media, cell phone(s), tablet(s), and computer equipment seized on or about July 22, 2026.

MOORE CAPITO
United States Attorney

By: [signature]
JENNIFER RADA HERRALD
Assistant United States Attorney