**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. CRIMINAL ACTION NO. 2:26-cr-00097-1

DAVID ELLIOTT PRITT,

Defendant.

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B), it is **ORDERED** that this action be, and hereby is, **REFERRED** to **United States Magistrate Judge Omar J. Aboulhosn** for the purpose of doing all things proper to hear and determine or make recommendations for disposition of any pretrial motions filed in this case including, without limitation, conducting a hearing on the motions, if necessary, and entering into the record a written order setting forth the disposition of the motion or recommendation for disposition, as the case may be. Specifically excluded from this *Order of Reference* are: 1) motions to continue trial; 2) motions to suppress evidence; and 3) motions in limine.

**IT IS FURTHER ORDERED** that the period from the filing of the motions referred to herein through the date that the Court makes a determination with respect to such motions, be excluded in computing the time within which the trial of the offenses charged in the indictment must commence, in accordance with the provisions of 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(1)(H). See Henderson v. United States, 476 U.S. 321, 330 (1986).

The Court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Aboulhosn, the Defendant and counsel, the United States Attorney, and the United States Probation Office.

ENTER: August 19, 2026

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA