**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ELLIOTT PRITT<br><br>Defendant. | ) | Criminal Action No. 2:26-cr-00097 |

**ORDER**

The Federal Grand Jury has returned an Indictment against the above-named Defendant. Accordingly, it is hereby **ORDERED** that an Initial Appearance, Arraignment and Detention Hearing shall take place before the undersigned Magistrate Judge on **Monday**, **August 24, 2026**, at **10:00 a.m. in Charleston – District Courtroom B 5600.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, to the Defendant, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED: August 19, 2026.

Omar J. Aboulhosn
United States Magistrate Judge