**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Criminal No. 2:26-00097**

**DAVID ELLIOTT PRITT**

**MOTION TO CONTINUE TRIAL AND ALL CASE RELATED ACTION**

Now comes the defendant, David Elliott Pritt, by Federal Public Defender Wesley P. Page, and moves the Court for an order continuing the trial and all case related action in this matter for a period of an additional 30 days, and for a finding of excludable time under the Speedy Trial Act as found in Title 18, United States Code, Sections 3161, *et seq*., for the following reasons:

1. By Arraignment Order entered on August 24, 2026, the deadline for the filing of pretrial motions is September 9, 2026; the pretrial motions hearing is scheduled for September 16, 2026, at 1:30 p.m., before United States Magistrate Judge Omar Aboulhosn; and, trial is presently scheduled to commence on October 5, 2026, at 9:00 a.m., before United States District Court Judge Irene C. Berger in Charleston. Dkt. No. 28.

2. Undersigned counsel assumed representation of Mr. Pritt in this matter on August 17, 2026, due to the departure of Mr. Pritt's previous counsel.

3. Standard discovery responses were filed in this matter on September 4, 2026, via USAfx, and a thumb drive with Protected Discovery produced pursuant to

the Protective Order, Dkt. No. 27, was delivered to counsel's office on September 8, 2026, giving counsel no meaningful opportunity to review the discovery and confer with Mr. Pritt prior to the pretrial motions deadline. Counsel will need at least 30 days to conduct a preliminary review of the discovery and confer with Mr. Pritt regarding his wishes. Depending on the nature of the discovery and Mr. Pritt's wishes, counsel may require additional time to conduct an appropriate investigation, research and prepare pretrial motions, and/or negotiate a plea on Mr. Pritt's behalf. Without reviewing the discovery in full and discussing the same with Mr. Pritt, however, it is impossible to know at this juncture whether counsel will need more than 30 days. Accordingly, counsel is requesting a continuance of the trial date and all pretrial dates and deadlines, including the pretrial motions deadline, for a period of 30 days; counsel is reserving the right to request additional time in the future depending on the nature of the discovery and Mr. Pritt's wishes.

4. To further substantiate the need for this continuance, Mr. Pritt is presently incarcerated at the Carter County Detention Center in Grayson, Kentucky. Pursuant to the Protective Order, Dkt. No. 27, entered on August 21, 2026, Mr. Pritt can only review Restricted Access material in the presence of undersigned counsel. Given Mr. Pritt's present custody location, substantial time will be needed to coordinate visits and multiple consultations will be required to review this material and discuss the same.

5. Undersigned counsel has conferred with Mr. Pritt regarding the need for this continuance and Mr. Pritt is in agreement that a continuance is needed.

6. Counsel has consulted Assistant United States Attorney Jennifer Rada Herrald, who advised that the Government does not oppose the relief being requested.

7. The ends of justice outweigh the best interests of the public and the defendant in a speedy trial as the same is specifically defined in the aforesaid Act.

The defendant certifies that the reasons for the request do not include general congestion of the Court's calendar, or lack of diligent preparation on the part of the parties involved.

WHEREFORE, counsel respectfully requests that the Court enter an order continuing the trial and all case related action in this matter for an additional 30 days and for a finding of excludable time under the Speedy Trial Act.

Date: September 9, 2026.

Respectfully submitted,

**DAVID ELLIOTT PRITT**

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/ Wesley P. Page**
Wesley P. Page, Bar No. 10529
Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: wesley_page@fd.org