**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Criminal No. 2:26-00097**

**DAVID ELLIOTT PRITT**

**MOTION TO CONTINUE TRIAL AND ALL CASE RELATED ACTION**

Now comes the defendant, David Elliott Pritt, by Federal Public Defender Wesley P. Page, and moves the Court for an order continuing the trial and all case related action in this matter for an additional thirty days, and for a finding of excludable time under the Speedy Trial Act as found in Title 18, United States Code, Sections 3161, *et seq*., for the following reasons:

1. By Order entered on September 10, 2026, the deadline for the filing of pretrial motions was extended to today, October 9, 2026; the pretrial motions hearing was continued to October 20, 2026, at 11:00 a.m., before United States Magistrate Judge Omar Aboulhosn; and, trial was continued to November 2, 2026, at 9:00 a.m., before United States District Court Judge Irene C. Berger in Charleston. Dkt. No. 34.

2. As the Court is aware, the discovery in this matter is subject to a Protective Order. Counsel anticipates the receipt of additional discovery material in the near future relative to the digital media devices seized. Upon receipt of that

material, additional time will be needed to review the same and confer with Mr. Pritt to determine how best to proceed in this matter.

3. Since the filing of the previous motion to continue (Dkt. No. 33), plea discussions commenced but have not yet resulted in an executed plea agreement. Relevant to this motion, the Government previously represented that it would not be in a position to extend a plea offer until it reviewed the contents of Mr. Pritt's phone. To facilitate that review, Mr. Pritt provided the Government with the password to his phone on September 24, 2026. As of the filing of this motion, the Government has advised that its review of Mr. Pritt's phone is nearly complete and that it anticipates being in a position to extend a plea offer in the next week or so.

4. An additional thirty days should be sufficient to permit counsel to confer with Mr. Pritt regarding the additional discovery and the Government's forthcoming plea offer and to proceed in accord with his wishes.

5. Counsel has consulted Assistant United States Attorney Jennifer Rada Herrald, who advised that the Government does not oppose the relief being requested.

6. The ends of justice outweigh the best interests of the public and the defendant in a speedy trial as the same is specifically defined in the aforesaid Act.

The defendant certifies that the reasons for the request do not include general congestion of the Court's calendar, or lack of diligent preparation on the part of the parties involved.

WHEREFORE, counsel respectfully requests that the Court enter an order continuing the trial and all case related action in this matter for an additional thirty (30) days and for a finding of excludable time under the Speedy Trial Act.

Date: October 9, 2026.

Respectfully submitted,

**DAVID ELLIOTT PRITT**

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/ Wesley P. Page**
Wesley P. Page, Bar No. 10529
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: wesley_page@fd.org