**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. CRIMINAL ACTION NO. 2:26-cr-00097-1

DAVID ELLIOTT PRITT,

Defendant.

**ORDER**

The Court has reviewed the *Motion to Continue Trial and All Case Related Action* (Document 35) filed in this matter. Therein, the Defendant moves for an additional thirty-day continuance of the trial and related deadlines on the grounds that additional time is needed for receipt and review of discovery and for attorney-client consultation. The requested delay is not attributable to lack of diligent preparation or failure to obtain evidence or witnesses on the part of the United States, or to congestion of the Court's calendar.

WHEREFORE, finding that the interest of the public and the Defendant in a speedy trial is outweighed by the ends of justice served by granting a continuance, the Court, for good cause shown as set forth in the Defendant's motion, and without objection from the United States, does hereby **ORDER** that the *Motion to Continue Trial and All Case Related Action* (Document 35) be **GRANTED**. The Court **ORDERS** that the trial, previously scheduled for November 2, 2026, be **CONTINUED** to **December 7, 2026, at 9:00 a.m.**, in Charleston, West Virginia. Counsel should be prepared to select a jury **on the preceding Friday** if so ordered by the Court. The Court **ORDERS** the deadline for filing superseding indictments, if any, shall be thirty days prior to the trial date and that the parties submit their respective

witness lists and any proposed voir dire and jury instructions (which shall be numbered) no later than **November 20, 2026**.

The Court further **ORDERS** that the pretrial motions hearing, previously scheduled for October 20, 2026, be **CONTINUED** to **November 18, 2026, at 11:00 a.m.**, in Charleston, West Virginia, before the Honorable Omar J. Aboulhosn, and that any motions to be addressed at the pretrial motions hearing, as well as any motions in limine and motions to suppress, shall be filed no later than **November 6, 2026**. Excluded from magistrate referral are motions in limine and motions to suppress. Accordingly, any motions to extend the deadline for the filing of motions in limine or motions to suppress shall be submitted to and addressed by the undersigned.

Lastly, the Court **ORDERS** that the parties notify the Court of any proposed plea agreement in sufficient time such that a plea hearing may be scheduled by the Court no later than a week before trial. Furthermore, the parties are put on notice that, should a scheduled plea hearing not be completed, the Court will not consider the same to be good cause to support a continuance of the trial.

The United States Marshals Service is **ORDERED** to transport the Defendant from his location of confinement to the aforesaid court proceedings.

The Court **FINDS** that the time between November 2, 2026, and December 7, 2026, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The Court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Aboulhosn, to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: October 13, 2026

Irene C. Berger

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA