**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Criminal No. 2:26-00097**

**DAVID ELLIOTT PRITT**

**DEFENDANT'S AMENDED[1] MOTION**
**FOR RECONSIDERATION FOR RELEASE ON BOND**

COMES NOW the Defendant, David Elliott Pritt, by counsel, and moves the Court to reconsider its July 27, 2026, decision to detain the defendant for further proceedings and to reconvene the detention hearing to allow for the release of the Defendant on bond. In support of this Motion, the Defendant states as follows:

(1) On July 22, 2026, Mr. Pritt was arrested and charged via Criminal Complaint with Enticement of a Minor in violation of 18 U.S.C. § 2422(b). ECF No. 3-4.

(2) Mr. Pritt appeared for his Initial Appearance on that same day. ECF No. 8. On July 27, 2026, Mr. Pritt appeared before the Court and waived his Preliminary and Detention hearings but expressly reserved the right to revisit the issue of detention at a later time. ECF Nos. 14, 15, 16, and 17.

(3) On August 18, 2026, Mr. Pritt was charged in a three-count Indictment with Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and (e);

[1] This Amended Motion is being filed to reflect a new admission date to the below-referenced VAMC program since the prior date proved unworkable under the current schedules of the court and counsel.

Enticement of a Minor in violation of 18 U.S.C. §§ 2422(b) and 2427; and Witness Tampering in violation of 18 U.S.C. § 1512(b)(3). ECF No. 19.

(4) Mr. Pritt appeared before the Court again on August 24, 2026, for his Initial Appearance and Arraignment on the Indictment. ECF Nos. 29 and 30. At that hearing, he again did not contest detention but once more reserved the right to revisit the issue at a later date. *Id.*

(5) Since that time, Mr. Pritt has been screened and accepted into a residential treatment program at the Veteran's Administration Medical Center ("VAMC") in Martinsburg, West Virginia. The program is a 45-60 day Mental Health Residential Program during which Mr. Pritt will reside at the VAMC in Martinsburg where he will undergo treatment for his mental health conditions as more fully set forth in the Pretrial Services Report ("PTSR"). An acceptance letter from the VA is attached as ***Exhibit A***.

(6) The Bail Reform Act permits the Court to reopen the hearing if the Court finds that information exists that was not known to the defendant at the time of the hearing and that has a material bearing on the issue of detention. 18 U.S.C. § 3142(f). Mr. Pritt's recent acceptance into a residential mental health treatment program constitutes such new information that has a material bearing on the issue of detention.

(7) Accordingly, counsel for Mr. Pritt requests that the Court reopen the detention hearing and consider releasing him on bond with the condition that he participate in and successfully complete the above-referenced inpatient treatment program at the VAMC in Martinsburg, West Virginia. Mr. Pritt's brother, Daniel

Pritt, has represented that he is willing and able to transport Mr. Pritt to and from the VAMC in Martinsburg for all necessary court appearances. Placement at that program and transportation provided by Mr. Pritt's brother would reasonably assure Mr. Pritt's appearance and the safety of other persons and the community as required by 18 U.S.C. § 3142(c).

(8) Mr. Pritt would propose that the Court order that he be released from the Carter County Detention Center in Grayson, Kentucky, to the custody of his brother, Daniel Pritt. Due to the timing, Mr. Pritt would request to be permitted to release from the Carter County Detention Center in the afternoon or evening of November 16, 2026, and to be permitted to spend the night at a hotel near Martinsburg before arriving at the facility no later than 9:30 a.m. on November 17, 2026. At the very least, Mr. Pritt will be required to be released no later than 1:30 a.m. on November 17, 2026, at which point he will make the approximately 6-hour drive directly to the Martinsburg VAMC, arriving no later than 9:30 a.m., and stopping only briefly, and no longer than necessary, for food, fuel, and restroom breaks.

For the reasons set forth herein and as will be further developed on the record at the detention hearing, the Defendant would request that his Motion be granted and that this Court reconvene the detention hearing to allow the Court to consider releasing the Defendant on bond.

Date: October 22, 2026.

Respectfully submitted,

**DAVID ELLIOTT PRITT**

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/ Wesley P. Page**
Wesley P. Page, Bar No. 10529
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: wesley_page@fd.org