# EXHIBIT A

U.S. Department of Veterans Affairs
Veterans Health Administration
Beckley VA Medical Center

200 Veterans Avenue
Beckley, WV 25801
www.beckley.va.gov

In Reply Refer To:

Kait Repass

October 22, 2026

To Whom it May Concern:

I am writing in regard to Mr. David Pritt who is enrolled at the Beckley VA Medical Center. I am working with him through the Veterans Justice Outreach Program.

Mr. Pritt completed a telephonic program assessment with the Martinsburg VA Medical Center and has been accepted to the Mental Health Residential Program. This program lasts anywhere from 45-60 days. The program is located the Martinsburg VAMC, 510 Butler Ave. Martinsburg, WV 25405, building 502F-EPOD.

Mr. Pritt's scheduled admission date is November 17, 2026. He would need to arrive no later than 9:30AM to complete his admission intake.

I will remain available to provide additional information with the veterans consent. If you would like more information, I can be reached at 304-673-9260.

Sincerely,

Kait Repass

Kait Repass MSW, LICSW
Veterans Justice Outreach and Re-entry
Beckley, VAMC
200 Veterans Avenue
Beckley, WV 25801