# Exhibit 1

[redacted],

There truly are no words that exist that I could use to accurately and fully explain to you the way that I feel about you. Look at me ...unable to find any words...you have managed to accomplish the impossible...

The only thing that I do know is that what I have felt—and still feel—is real, it is the most real love I have ever experienced. Maybe that makes me a fool, but being with you never felt wrong to me, my heart was always content around you...I am just so sorry that I could not give you that same peace. I told you before, and I meant it, not being able to be with you will be the greatest sadness in my life. But that is a burden for me to bear, not you.

You have such a bright future in front of you, and the life that you are going to build for yourself is going to be a life full of love and happiness. I am just so sad that I will not be there to be a part of it. That is neither of our faults—the universe is just cruel like that sometimes I suppose.

God, there really are no words deep enough or strong enough for me to try to explain how I feel...please just give me some grace here this is probably the hardest (heh) letter I have ever or will ever have to write in my life. I will **ALWAYS** be here for you, ok? I promise you that if you ever need anything, that I will be there.

I will always believe that our souls were meant for each other, but we were just unable in this life to make it work...the closeness and intimacy that I have felt with you is something that I will carry with me for the rest of my life. I will love you for the rest of my life. The feelings

that I feel for you will always be there. I know that they will because I have never felt something like what I have felt with you before, and I just know that it is something that I will never feel again.

Thank-you for loving me—I know that I am a hard person to love. I am a broken person...and you found me in the midst of that brokenness and loved me anyways. Thank-you...I truly mean that. You will never understand what that meant to me, to finally be able to have someone—a safe place—for me to be able to bare my soul. I will always regret that I was unable to provide your heart the same, I am sorry that your heart was not safe with me. Please know that I am truly sorry...that is the only regret I will have from "us".

The look in your eyes when you looked into mine, the grins and smiles that we shared, the laughs, the dumbass stories you tolerated from me (and laughing anyways), the late nights baring our souls and hearts to one another, the love we have shared—and the sadness too, these are the things that I will cling to for the rest of my life.

...I will always love you...I will always be in love with you. I do not think that I have ever laid my eyes on a more beautiful person in my life. Your kindness, patience (yes, you exhibited patience, trust me) love, affection, and your realness are the things that make you, you. You have light inside of you; please do not ever let anyone take that from you.

You have my heart...forever. I will forever be yours. I will miss you forever. Do not worry about me, I will be ok. I always find a way.