**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Criminal No. 2:26-cr-00097**

**DAVID ELLIOTT PRITT,**

**Defendant.**

**ORDER**

Pending before the Court is Defendant David Elliott Pritt's ***Amended Motion for Reconsideration for Release on Bond*** (ECF No. 38), filed October 22, 2026. The United States filed its ***Response in Opposition*** (ECF No. 39) on October 23, 2026.

Defendant previously waived his right to a detention hearing on July 27, 2026, while reserving the right to revisit the issue of detention at a later date. (ECF Nos. 15, 17.) Following the return of the Indictment, Defendant appeared before the Court on August 24, 2026, and again elected not to contest detention, while expressly reserving the right to raise the issue at a later time. (ECF No. 29.)

Defendant now requests that the Court reconsider his detention and permit his release for participation in a residential mental health treatment program administered by the Department of Veterans Affairs.

In view of Defendant's previous waivers, his express reservation of the right to contest detention, and his present request for a hearing, the Court finds it appropriate to conduct a detention hearing pursuant to 18 U.S.C. § 3142(f).

Accordingly, it is hereby **ORDERED** that a detention hearing is scheduled for the 10th day of November, 2026, at 1:30 p.m., in the United States District Court, Charleston, West Virginia, before the undersigned, in the Courtroom of the Honorable Irene C. Berger, District Judge (District Courtroom A 5000).

At the hearing, the Court will consider Defendant's request for pretrial release, the parties' written submissions, and any additional information properly presented by counsel in accordance with 18 U.S.C. § 3142(f).

The Court will thereafter determine whether any condition or combination of conditions of release will reasonably assure Defendant's appearance as required and the safety of any other person and the community.

Defendant shall remain detained pending the hearing.

The United States Marshals Service is **DIRECTED** to ensure Defendant's appearance at the hearing.

The Clerk is **DIRECTED** to send a copy of this Order to Defendant, counsel of record, the United States Probation Office, and the United States Marshals Service.

ENTERED: October 26, 2026.

Omar J. Aboulhosn
United States Magistrate Judge