**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Criminal No. 2:26-00097**

**DAVID ELLIOTT PRITT**

**MOTION TO WITHDRAW DEFENDANT'S MOTION**
**FOR RECONSDIERATION FOR RELEASE ON BOND**

COMES NOW David Eliott Pritt, by Federal Public Defender Wesley P. Page, and moves this Honorable Court to permit him to withdraw Defendant's Motion for Reconsideration for Release on Bond filed on October 21, 2026. ECF No. 37. In support, undersigned counsel states that Mr. Pritt has signed a plea agreement evidencing his intent to plead guilty and proceed to sentencing in this matter.

WHEREFORE, the defendant respectfully requests that Defendant's Motion for Reconsideration for Release on Bond be withdrawn.

Date: November 3, 2026.

Respectfully submitted,

**DAVID ELLIOTT PRITT**

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/ Wesley P. Page**
Wesley P. Page, Bar No. 10529
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: wesley_page@fd.org