IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:26-cr-00097

DAVID ELLIOTT PRITT

MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Jennifer Rada Herrald, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

MOORE CAPITO
United States Attorney

By:
/s/ Jennifer Rada Herrald
Jennifer Rada Herrald
Assistant United States Attorney
WV Bar No. 12181
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: jennifer.herrald@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 3rd day of November, 2026, to:

Wesley P. Page
Federal Public Defender
300 Virginia St. E., Rm. 3400
Charleston, WV 25301

/s/ Jennifer Rada Herrald
Jennifer Rada Herrald
Assistant United States Attorney
WV Bar No. 12181
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: jennifer.herrald@usdoj.gov