**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) Criminal Action No. 2:26-cr-00097
)
DAVID ELLIOTT PRITT )
)
Defendant. )
)

**ORDER**

Pending before the Court is Defendant's ***Motion to Withdraw Defendant's Motion for Reconsideration for Release on Bond*** (ECF No. 41). In support of the Motion, Defendant represents that he has executed a plea agreement and intends to enter a guilty plea and proceed to sentencing in this matter.

Upon consideration of the Motion, the Court **GRANTS** Defendant's Motion to Withdraw (ECF No. 41). Accordingly, ***Defendant's Motion for Reconsideration for Release on Bond*** (ECF No. 37) is hereby **WITHDRAWN**, and the hearing previously scheduled for November 10, 2026, at 1:30 p.m., is **CANCELLED**.

The Court **DIRECTS** the Clerk to provide a copy of this Order to counsel of record, the Defendant, the United States Probation Office, and the United States Marshals Service.

ENTERED: November 3, 2026.

Omar J. Aboulhosn
United States Magistrate Judge