**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. CRIMINAL ACTION NO. 2:26-cr-00097-1

DAVID ELLIOTT PRITT,

Defendant.

**ORDER**

The Court has reviewed the motion of the United States to schedule a guilty plea hearing in this matter. For good cause shown, the Court **ORDERS** that the motion (Document 42) be **GRANTED** and that a plea hearing be **SCHEDULED**, pursuant to *Fed. R. Crim. P.* 11, for **Tuesday, November 10, 2026, at 9:00 a.m.** The United States Marshals Service is **ORDERED** to transport the Defendant from his location of confinement to this court proceeding.

In view of the scheduled plea hearing, the pretrial motions hearing previously scheduled for November 18, 2026, before the Honorable Omar J. Aboulhosn is now **CANCELLED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Aboulhosn, to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: November 4, 2026

Irene C. Berger

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA