# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 11/10/2026 | Case Number: | 2:26-cr-00097-1 |
| Case Style: | USA vs. David Elliott Pritt | | |
| Type of hearing: | Plea Hearing | | |
| Before the Honorable: | 2516-Berger | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Kierstin Tudor |

Attorney(s) for the Plaintiff or Government:

Jennifer Herrald & Amy McLaughlin

Attorney(s) for the Defendant(s):

Wesley Page

| | |
|---|---|
| Law Clerk: | Cynthia Wildfire |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:00 AM | 9:43 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 43 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 9:00 a.m.
Actual Start 9:00 a.m.

Defendant present in person and by counsel.
Counsel note appearances on the record.
Defendant placed under oath.
Court FINDS Defendant competent to go forward.
Ms. Herrald summarizes plea agreement.
Court DEFERS acceptance of plea agreement but ORDERS original plea agreement filed.
Defendant waives reading of Indictment.
Defendant pleads guilty to Count One.
Court reads statute with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Defendant gives his account of the offense.
Government provides a proffer re: factual basis for the plea.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Defendant executes written guilty plea form; same ORDERED filed.
Court FINDS Defendant is competent and capable of entering an informed plea.
Court FINDS sufficient factual basis for Defendant’s plea.
Court FINDS that Defendant understands the consequences of the plea.
Court FINDS that Defendant understands the rights being given up.
Court FINDS Defendant’s plea to be voluntary.
Court ACCEPTS plea.
Court ADJUDGES Defendant guilty.
Sentencing SCHEDULED for March 4, 2027, at 10:00 a.m.
Defendant REMANDED pending sentencing.
Court recessed at 9:43 a.m.