**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

FILED
NOV 10 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

Plaintiff,

v. CRIMINAL ACTION NO. 2:26-cr-00097-1

DAVID ELLIOTT PRITT,

Defendant.

**WRITTEN PLEA OF GUILTY**

In the presence of Wesley P. Page, FPD, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count One of the Indictment.

DATE: 11/10/2026

[signature]
DEFENDANT

WITNESS:

[signature]
COUNSEL FOR DEFENDANT