AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

FILED
NOV 1 0 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States of America
v.
David Elliott Pritt

Defendant

Case No. 2:26-cr-00097

REC'D USMS CHARLESTON, WV
AUG 18 2026 PM 2:36

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* David Elliott Pritt,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count One: 18 U.S.C. Sections 2251(a) and (e) - enticement/attempted enticement of a minor to engage in production of child pornography
Count Two: 18 U.S.C. Sections 2422(b) and 2427 - coercion and enticement of a minor
Count Three: 18 U.S.C. Section 1512(b)(3) - tampering of a witness

Date: 08/18/2026

Rory L. Perry II / cms
*Issuing officer's signature*

City and state: CHARLESTON, WV

RORY L. PERRY II, CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* 08/18/2026, and the person was arrested on *(date)* 08/18/2026
at *(city and state)* Charleston, WV.

Date: 11/10/2026

Haezym Harvey
*Arresting officer's signature*

H. Harvey DUSM
*Printed name and title*